**FILED** MAR 08 2007

RECEIVED
2007 MAR -6 PM 3:00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

R. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  **MERRISA L. COLEMAN-BISHOP**
   SBN 160046
2  e-mail: MerrisaSJC@aol.com
   350 W. Julian Street, Building #6
3  San Jose, CA  95110
   Telephone:  408-294-4392
4  Facsimile:   408-294-4172

5  Attorney for Plaintiff

8              IN THE UNITED STATES FEDERAL DISTRICT COURT
9              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      CENTRAL DISTRICT - SAN JOSE

| | |
|---|---|
| LEN GINN, an adult individual,  Plaintiff,  v.  REDWOOD FINANCIAL, INC., a California Corporation, OWAIS JEEWANJEE., an adult individual, ALI HASNAIN ALI, an adult individual, DOES ONE THROUGH THIRTY,  Defendants, | Case No. C-06-07334 JF  STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE  DATE     : 03/09/07  TIME      : 10:30 am  COURT ROOM : 3  JUDGE    : Jeremy Fogel |

**TO PLAINTIFF, LEN GINN, HIS ATTORNEY, DEFENDANTS, AND THEIR ATTORNEY AND TO ANY OTHER INTERESTED PARTY PLEASE TAKE NOTICE:**

THAT plaintiff, LEN GIN, (hereinafter "Plaintiff"), represented by Attorney, Merrisa Coleman-Bishop, and defendants REDWOOD FINANCIAL, INC., OWAIS JEEWANJEE., and, ALI HASNAIN ALI, (hereinafter "Defendants"), represented by Michael Farbstein, Farbstein & Blackman, having met and conferred have met and conferred and herein stipulate to the following:

1.    Due to calendar conflicts between the calendars of both counsel, that defendants have no appeared in this matter, the hearing on initial case management conference currently set in this matter for 03/09/07, at 10:30 am, in Court Room 3, in front of Honorable, Jeremy Fogel, is continued to 05/04/07, 10:30 am.  This is to permit

- 1 -

STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS/TRANSFER

1  defendants to make an appearance in this matter, for counsel to meet and confer and
2  comply with FRCP Rule 26 and prepare a joint case management conference statement;
3      2.   That if plaintiff shall dismiss defendants OWAIS JEEWANJEE., and, ALI
4  HASNAIN ALI, with prejudice.

Dated: 3/5/07

**MERRISA L. COLEMAN-BISHOP**
350 W. Julian Street, Building #6
San Jose, CA  95110
Telephone:  408-294-4392
Facsimile:   408-294-4172
Attorney for Plaintiff
Len Ginn

Dated: MARCH 1, 2007

**MICHAEL FARBSTEIN**
411 Borel Ave., Suite 425
San Mateo CA   94402
Telephone:  650-554-6200
Facsimile:   650-554-6240
Attorney for Defendants
REDWOOD FINANCIAL, INC., OWAIS
JEEWANJEE., and,  ALI HASNAIN ALI

For good cause being shown the court approves the above stipulation orders that the parties comply with all of its terms and conditions.

Dated: 3-7-07

**HON. JEREMY FOGEL**
Judge of the Northen District Court
Ninth Circuit

///
///
///

- 2 -

STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS/TRANSFER

C:\Documents and Settings\maf\Local Settings\Temporary Internet Files\OLKBA\Stip Continue CMC.wpd