1 **MERRISA L. COLEMAN-BISHOP**
SBN 160046
2 e-mail: MerrisaSJC@aol.com
350 W. Julian Street, Building #6
3 San Jose, CA 95110
Telephone: 408-294-4392
4 Facsimile: 408-294-4172

5 Attorney for Plaintiff

FILED

JUN 1 1 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## IN THE UNITED STATES FEDERAL DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEN GINN, an adult individual, | Case No. C-06-07334 JF |
| Plaintiff, | NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL |
| v. | |
| REDWOOD FINANCIAL, INC., a California Corporation, OWAIS JEEWANJEE., an adult individual, ALI HASNAIN ALI, an adult individual, DOES ONE THROUGH THIRTY, | |
| Defendants, | |

TO PLAINTIFF, DEFENDANTS, DEFENDANTS ATTORNEYS AND ALL OTHER INTERESTED PARTIES

PLEASE TAKE NOTICE THAT plaintiff, LEN GIN, (hereinafter "Plaintiff"), represented by Attorney, Merrisa Coleman-Bishop, and defendants REDWOOD FINANCIAL, INC., OWAIS JEEWANJEE., and, ALI HASNAIN ALI, (hereinafter "Defendants"), represented by Michael Farbstein, Farbstein & Blackman, having met and conferred herein stipulate to the following:

1. The parties have reached a confidential settlement agreement out side of court. All proceedings in this matter are suspended and it is requested that the court take all calendared events off calender.

///

- 1 -

NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL

C:\Documents and Settings\All Users\Documents\Legal\Closed Cases\Ginn\Dismissal.wpd

2. As a result of settlement of the above entitled matter, it is requested that the above entitled matter be dismissed prejudice as to all parties.

Dated: 6/5/07

**MERRISA L. COLEMAN-BISHOP**
Attorney for Plaintiff
Len Ginn

For good cause being shown the above entitled matter is dismissed as to all parties and all counts with prejudice. All calendared events in this matter are taken off calendar.

Dated: _____

**HON. JEREMY FOGEL**
Judge of the Northen District Court
Ninth Circuit

- 2 -
NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL
C:\Documents and Settings\All Users\Documents\Legal\Closed Cases\Ginn\Dismissal.wpd

**PROOF OF SERVICE**
**(C.C.P. 1013(A))**

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

I am over the age of 18 years, and not a party to this action. My business address is 350 W. Julian Street, Building #6, San Jose, California, 95110 which is located in the county where the mailing described below took place. I am readily familiar with the business practices at my place of business for the collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On _____June 5, 2007_____ at my place of business in SANTA CLARA COUNTY, California, the following document, along with any and all attachments:

**Notice of Settlement and Request For Dismissal**

in the following manner:

[X] (BY MAIL) By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California address as set forth below.

[ ] (BY FACSIMILE) The document(s) listed blow were transmitted by facsimile transmission from machine number (408) 294-4172 on _____ To the offices of the person(s) listed below, at their respective facsimile numbers shown below. The transmission was reported as complete and without error.

[ ] (BY PERSONAL DELIVERY) By placing the document(s) listed above in a sealed envelope and personally delivering the document(s) to the person(s) at the address(es) listed below.

Michael A Farbstein
Farbstein & Blackman
411 Borel Ave., Suite 425
San Mateo, CA 94402

I certify and declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed on ____June 5, 2007____.

*Danielle Wood*
(Danielle Wood)